919 A.2d 187

**Lawrence S. HERMAN, D.C., Nachas, Inc., Jason H. Herman, Mitchell Chiropractic Center, and Thomas C. Mitchell, D.C., Petitioners**

v.

**HIGHMARK, INC. d/b/a Highmark Blue Cross Blue Shield, and Pennsylvania Blue Shield, Respondents.**

Supreme Court of Pennsylvania.

March 14, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. It is also ordered that the order of the Commonwealth Court is Vacated and the matter is Remanded to the Commonwealth

Court for reconsideration in light of *Ciamaichelo v. Independence Blue Cross*, 589 Pa. 415, 909 A.2d 1211 (2006).